UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Genesis Johana Ramirez Jaimes
                         Plaintiff,

v.                                          Case No.: 1:25−cv−14448
                                                             Honorable Thomas M. Durkin

Samuel Olson
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 12/2/2025. At the status hearing, Respondents orally represented that they raise the same arguments in opposition to habeas relief as those raised in other similar cases in this District and do not raise any new arguments not previously addressed by this Court or others. The petition for habeas relief [1] is granted in part. Within five days, Respondents must either afford Petitioner a new bond hearing before an immigration judge or release her from custody under reasonable conditions of supervision. For the reasons explained by this Court and numerous other courts in this district, the Court hereby finds that: (1) 8 U.S.C. §§ 1252(a)(2)(B)(ii), 1252(b)(9), and 1252(g) do not deprive this Court of jurisdiction to review the petition; and (2) § 1225(b)(2)'s mandatory detention provision does not apply to Petitioner, but rather § 1226(a) applies and entitles her to a bond hearing before an immigration judge. *See Espino Morales v. Olson et al.,* No. 25 C 12858, Dkt. 11 (N.D. Ill) (citing cases); *see also Rodriguez Loredo v. Forestal et al.,* No. 25 C 12758, 2025 WL 3187319, *2–3, 5–6 (N.D. Ill. Nov. 14, 2025). Additionally, because the resolution of Petitioner's statutory argument affords her the new bond hearing she seeks, the Court need not discuss the merits of her constitutional claim regarding due process. *See Guartazaca Sumba v. Crowley,* No. 1:25−CV−13034, 2025 WL 3126512, at *4 (N.D. Ill. Nov. 9, 2025) (citing *Camreta v. Greene,* 563 U.S. 692, 705 (2011)). The parties are directed to file a status report by 12/9/2025 that addresses Petitioner's release status, whether she received a bond hearing, and the result of that bond hearing. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.